918

No. 595. DE MOSS *v.* UNITED STATES. On petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit. *Per Curiam:* The petition for writ of certiorari is granted and the judgment is reversed on confession of error by the Government and on the authority of *Bates* v. *United States,* 348 U. S. 966. *Hayden C. Covington* for petitioner. *Solicitor General Sobeloff* for the United States.

No. 644. DAVIDSON *v.* UNITED STATES. On petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit. *Per Curiam:* The petition for writ of certiorari is granted and the judgment of the Court of Appeals is vacated. The cause is remanded to the Court of Appeals for consideration of whether petitioner's conscientious objector claim comes within the provisions of § 6 (j) of the Universal Military Training and Service Act, in which event this case would be governed by *Gonzales* v. *United States,* 348 U. S. 407. *J. B. Tietz* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 517, Misc. HILLER *v.* UNITED STATES. Appeal from the United States Court of Appeals for the Ninth Circuit. *Per Curiam:* The appeal is dismissed for want of jurisdiction.